IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JAMES C. DANIELS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. 7:12-CV-113 (HL)

### ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge (ALJ), this case is hereby remanded.

Upon remand, the ALJ will further analyze the severity of Plaintiff's hearing impairment in accordance with Social Security Ruling 85-28; will obtain a psychological medical expert; and will analyze Plaintiff's mental impairment to determine if it meets or equals Listing 12/05C, mental retardation.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292

(1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991). The clerk of court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 6th day of March, 2013.

<u>*s/Hugh Lawson*</u>
HUGH LAWSON, SENIOR JUDGE

ebr