IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JAMES C. DANIELS,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**<br><br>    Defendant. | Civil Action No. 7:12-cv-113 (HL) |

**ORDER**

Plaintiff James C. Daniels has filed a Motion for Attorney Fees (Doc. 18-1). Defendant Carolyn Colvin does not oppose the motion. Thus, the Court grants the motion and awards $5,401.06 in attorneys' fees to Plaintiff, representing 29.20 attorney hours at the rate calculated for the time the work was done.

The attorney's fee award is subject to an offset to satisfy any pre-existing debt owed to the Government by a litigant. Astrue v. Ratliff, 130 S. Ct. 2521, 2524 (2010). The Commissioner may award attorney's fees directly to Plaintiff's counsel if the fee has been assigned to the attorney and Plaintiff has no outstanding federal debt. Id. at 2529.

**SO ORDERED**, this 24th day of June, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

ebrs